UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**Weishoff and Richards, LLC**
**Attn: Travis J. Richards, Esq. (TR-2556)**
**141 High Street**
**Mount Holly, New Jersey 08060**
**Tel. (609) 267-1301**
**Fax. (609) 267-1305**
**Email Nick@WR.legal**
**Counsel for Ashwin Patel**

| In Re: | Case No.: | 18-29718 |
|---|---|---|
| Penelope Ann Stout | Chapter: | 13 |
| | Judge: | Kathryn C. Ferguson |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Ashwin Patel. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Weishoff and Richards, LLC
Attn: Travis J. Richards, Esq.
141 High Street
Mount Holly, New Jersey 08060

DOCUMENTS:

X All notices entered pursuant to Fed. R. Bankr. P. 2002.
X All documents and pleadings of any nature.

Date: October 23, 2018                    /s/Travis J. Richards, Esq.
                                          Signature